# Woods *v.* The State.

### Violating Prohibition Law.

(Decided March 23, 1917.   74 South. 737.)

Intoxicating Liquors; Aiding Sale.—The evidence examined and held to justify a conviction for aiding and abetting in procuring an unlawful sale of prohibited liquors, and in transporting liquors contrary to law.

APPEAL from St. Clair Circuit Court.
Heard before Hon. J. E. BLACKWOOD.

[Hayes, et al. v. Hayes.]

Frank Woods was convicted of aiding or abetting the violation of the prohibition law and he appeals. Affirmed.

J. W. INZER, EMBRY & EMBRY, and C. R. ROBINSON, for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, P. J.—This is a companion case to *Hugh Rogers v. State, infra,* 73 South. 994, disposed of January 30, 1917. The undisputed evidence shows that the defendant aided and abetted Rogers in procuring an unlawful sale of prohibited liquors, and that he aided in transporting the liquors to the state's witness Crump.

The case is governed by the principles declared in *Bridgeforth v. State, infra,* 74 South. 402, and *Rogers v. State, supra,* and authorities there cited.

There is no error in the record, and the judgment is affirmed. Affirmed.